**No. 10-1417. Fein, Such, Kahn and Shepard, PC, Petitioner v. Dorothy Rhue Allen.**

565 U.S. 810, 132 S. Ct. 82, 181 L. Ed. 2d 14, 2011 U.S. LEXIS 6671.

October 3, 2011. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 629 F.3d 364.

**No. 10-1555. Pacific Merchant Shipping Association, Petitioner v. James Goldstene, Executive Officer, California Air Resources Board.**

565 U.S. 810, 132 S. Ct. 82, 181 L. Ed. 2d 14, 2011 U.S. LEXIS 6793.

October 3, 2011. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

Same case below, 639 F.3d 1154.

**No. 10-7387. Monroe Ace Setser, Petitioner v. United States.**

565 U.S. 810, 132 S. Ct. 82, 181 L. Ed. 2d 14, 2011 U.S. LEXIS 6613.

October 3, 2011. Motion of petitioner for leave to file volume II of the joint appendix under seal granted.

**No. 10-8527. Michael Addison, Petitioner v. New Hampshire.**

565 U.S. 810, 132 S. Ct. 83, 181 L. Ed. 2d 14, 2011 U.S. LEXIS 6895.

October 3, 2011. Respondent requested to file a response to the petition for rehearing within 30 days.

**No. 10-9603. Kathalina Monacelli, Petitioner v. Florida Department of Children and Families, et al.**

565 U.S. 810, 132 S. Ct. 83, 181 L. Ed. 2d 14, 2011 U.S. LEXIS 6812.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-9604. Kathalina Monacelli, Petitioner v. Florida Department of Children and Families.**

565 U.S. 810, 132 S. Ct. 83, 181 L. Ed. 2d 14, 2011 U.S. LEXIS 6918.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-9712. David S. Frederick, Petitioner v. Alfonso J. Graham.**

565 U.S. 810, 132 S. Ct. 83, 181 L. Ed. 2d 14, 2011 U.S. LEXIS 6757.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.

**No. 10-9915. Curtis Van Stuyvesant, Petitioner v. James Conway, Superintendent, Attica Correctional Facility.**

565 U.S. 810, 132 S. Ct. 83, 181 L. Ed. 2d 14, 2011 U.S. LEXIS 6954.

October 3, 2011. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis denied.